UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:05-CR-81-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JODY LEE SMITH | ORDER |

The Joint Motion for Sentencing Hearing at time of Arraignment is hereby allowed.

This case is hereby set for *March 31, 2014* Arraignment and Sentencing.

SO ORDERED.

This *17* day of *March*, 2014.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Court Judge