UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:05-CR-81-BO

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO MODIFY JUDGMENT |
| JODY LEE SMITH | |

This matter comes before the Court on the unopposed motion of the United States, which seeks to modify amount of restitution set forth in the judgment in the above-captioned matter.

There being no objection to the motion, and for good cause shown, it is hereby ORDERED that the restitution portion of the judgment is amended as follows: Total restitution amount: $28,929.35. Of this amount, $23,740.35 in restitution is due to the North Carolina State Employees Credit Union (SECU), located at 1000 Wade Avenue, Raleigh, North Carolina, 27605. In addition, $5,189.00 in restitution is payable to Wachovia Bank, (n/k/a Wells Fargo Bank), located at 420 Montgomery Street, San Francisco, California, 94104.

March 27, 2014

_____
The Honorable Terrence W. Boyle
United States District Judge